FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT STACK
        Plaintiff      : CIVIL ACTION NO.:
                                 301CV260 (EBB)

VS.

ANDREW JAFFEE, ET AL
        Defendants    : June 13, 2003

## MOTION FOR A NEW TRIAL

Pursuant to Rule 59 of the Federal Rules of Civil Procedure and Local rule 7, the defendant moves for a new trial on the basis that the verdict, as determined by the interrogatories, was contrary to the law, the verdict was contrary to the evidence, the evidence adduced was totally insufficient to sustain a verdict as referenced and because evidence was submitted over objection consistent with substantial injustice to the defendant. The motion is based upon the records and proceedings of this action. The motion is based upon the exceptions and objections made known by the defendant during the trial for the reasons and the grounds made known during the course of the trial. Said issue objections include but are not limited to:

*Oral Argument is Requested*