RECEIVED

JUN 1 9 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHAMBERS OF ELLEN BREE BURNS
Senior United States District Judge

FILED

ROBERT J. STACK,  14  8 11 AM '03

PLAINTIFF
DISTRICT COURT
NEW HAVEN, CONN.

VS.

ANDREW JAFFEE, HARTFORD POLICE SERGEANT;
LOURDES PEREZ, HARTFORD POLICE OFFICER;
AND ALEXIS PEREZ,

    DEFENDANTS.

CIVIL ACTION NO.
3:01CV260 (EBB)



JUNE 18, 2003

## MOTION FOR ATTORNEY'S FEES AWARD UNDER CIVIL RIGHTS ATTORNEYS FEES ACT OF 1976 AND FOR COSTS INCURRED

Now comes Plaintiff's Attorney's Brewer & O'Neil, LLC, pursuant to the Civil Rights Attorney's Fees Awards Act of 1976, 42U.S.C. § 1988, and move the Court to award attorney's fees in the amount of $171,635.50 to Plaintiff's attorney and against defendants herein.

1.    This fee is based upon plaintiff's attorney's hours of work multiplied by an hourly rate of $300.00 for work done by attorneys and $150.00 per hour for work done by paralegals. This hourly rate is reasonable and appropriate in light of relevant factors as well be more fully set out in Plaintiff's memorandum in support of this Motion for Attorney's Fees.

2. The Attorney's Fees motion affidavit, and memorandum in support of this motion will be provided to the court in accordance with the courts order regarding the State Farm case. Hereto and made a part hereto, itemizes the number of hours worked, at a minimum by 0.20 of an hour. The total number of hours is 606.44. Exhibit to follow.