UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. STACK, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:01CV260 (EBB) |
| VS. | |
| ANDREW JAFFEE, HARTFORD POLICE SERGEANT; LOURDES PEREZ, HARTFORD POLICE OFFICER; AND ALEXIS PEREZ, | |
| DEFENDANTS. | JULY 31, 2003 |

## MOTION FOR ATTORNEY'S FEES AWARD UNDER CIVIL RIGHTS ATTORNEYS FEES ACT OF 1976 AND FOR COSTS INCURRED

Now comes Plaintiff's Attorney's Brewer & O'Neil, LLC, pursuant to the Civil Rights Attorney's Fees Awards Act of 1976, 42U.S.C. § 1988, and move the Court to award attorney's fees in the amount of $180, 229.50, plus costs $12,924.19, for a total of $193,153.69, to Plaintiff's attorney and against defendants herein.

1. This fee is based upon plaintiff's attorney's hours of work multiplied by an hourly rate of $300.00 for work done by attorneys and $150.00 per hour for work done by paralegals. This hourly rate is reasonable and appropriate in light of relevant factors as well be more fully set out in Plaintiff's memorandum in support of this Motion for Attorney's Fees.

2. The Attorney's Fees motion affidavit, and memorandum in support of this motion will be provided to the court in accordance with the courts order regarding the State Farm case. Hereto and made a part hereto, itemizes the number of hours worked, at a minimum by 0.20 of an hour.